JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE KAYE, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTAR FINANCIAL SERVICE, INC., a California Corporation; ERIK HABERSTROH, an Individual; URSULA HABERSTROH, an Individual; JOSHUA M. LEMOS, an Individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV09-3975 PA (VBKx)<br><br>**ORDER DISMISSING, WITH PREJUDICE, THIS ENTIRE LAWSUIT** |

## ORDER

Having read the foregoing Stipulation For Dismissal, With Prejudice, Of This Entire Lawsuit, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefor, the Court ORDERS as follows:

///
///
///
///
///

1.  This lawsuit is hereby dismissed, in its entirety, with prejudice.

2.  It is so ordered.

DATED: August 10, 2009

_____
Honorable Percy Anderson
United States District Court
Central District of California